GERTRUDE PROBST, Respondent, v. ROBERT McLAIN, Appellant, Impleaded with Others.— Order denying motion of defendant-appellant to require plaintiff to serve an amended complaint separately stating and numbering the facts constituting each cause of action, and making the complaint more definite and certain,

and striking out certain allegations of the complaint as sham, frivolous, etc., unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.